UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Thaddeus Jimenez,

                  Plaintiff,

     v.

City of Chicago,

                  Defendant.

CASE NO. 2:10-cv-00459-MJP

ORDER TO SHOW CAUSE

This matter concerns an ancillary discovery proceeding to the above-entitled matter, brought in this district by the Defendants in the underlying lawsuit in an attempt to obtain deposition testimony and documents from a journalist residing within the forum limits.

After three motions, Defendants have yet to present sufficiently convincing evidence or legal arguments that they are entitled to what they seek.  Therefore

IT IS ORDERED that Defendants shall show cause on or before **January 14, 2011**, why this ancillary proceeding should not be dismissed with prejudice.

Any pleadings filed in support of this order shall not exceed six (6) pages in length.  No response is required from opposing counsel unless requested by the Court.

1         The clerk is ordered to provide copies of this order to all counsel.

2         Dated this _4th_ day of January, 2011.

3

4

5                            Marsha J. Pechman

6                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE- 2